

TA CHEN STAINLESS STEEL PIPE, LTD., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–1332.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Before CLEVENGER, BRYSON, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

FOR YOUR EASE ONLY, INC., Plaintiff–Appellant,

v.

NATURAL SCIENCE INDUSTRIES, LTD., Defendant–Appellee.

No. 03–1642.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Before MAYER, Chief Judge, BRYSON and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Champion International Corporation, International Paper Company, Long Island

Lighting Company, Orange and Rockland Utilities, Inc., Pacific Gas & Electric Company, San Diego Gas & Electric Ompany, Southern California Edison Company, Westvaco Corporation and Weyerhauser Company, Plaintiffs–Appellants,

v.

Spencer ABRAHAM, Secretary of Energy, and George B. Breznay, Director, Office of Hearings and Appeals, Defendants–Appellees.

No. 04–1141.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Rehearing and Rehearing En Banc Denied Aug. 16, 2004.

Before MAYER, Chief Judge, MICHEL, Circuit Judge, and PLAGER, Senior Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

James C. KING, Petitioner,

v.

DEPARTMENT OF THE TREASURY, Respondent.

No. 04–3014.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Rehearing En Banc Denied July 21, 2004.

Before LOURIE, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.